# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Anthony Michael Peaker, | Case No. 20-CV-1195 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| Stillwater Medical Group; Michael Adams, MD; Doctor Jensen (First Name Not Known); Mindy Liebel, RN; Casey, RN (Last Name Not Known); Lacey, RN (Last Name Not Known); Jordan, RN (Last Name Not Known); Washington County Sheriff's Department; Sheriff Dan Starry; Commander Roger Hienen; and John – Jane Does 1–10 (whose names, official positions and addresses are not yet known), | |
| Defendants. | |

The Court has received the August 26, 2020, Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 7.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

  1. The Report and Recommendation (ECF No. 7) is ACCEPTED; and

2. The Washington County Sheriff's Department is DISMISSED.

Dated: October 16, 2020                    BY THE COURT:

                                                                       s/Nancy E. Brasel
                                                                       Nancy E. Brasel
                                                                       United States District Judge