## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

ANTHONY MICHAEL PEAKER,                Case No. 20-CV-1195 (NEB/LIB)

        Plaintiff,

v.                                                            ORDER ACCEPTING REPORT AND
                                                                        RECOMMENDATION

STILLWATER MEDICAL GROUP, et al.,

        Defendants.

---

The Court has received the March 22, 2021 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 40.) No party has objected to that Report and Recommendation, so the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 40) is ACCEPTED;

2. The motion to dismiss (ECF No. 22) and motion for joinder (ECF No. 28) are GRANTED; and

3. Plaintiff Anthony Michael Peaker's Complaint (ECF No. 1) is DISMISSED

WITHOUT PREJUDICE.

Dated: April 27, 2021

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge