# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANTHONY MICHAEL PEAKER,<br><br>Plaintiff,<br><br>v.<br><br>STILLWATER MEDICAL GROUP, et al.,<br><br>Defendants. | Case No. 20-CV-1195 (NEB/LIB)<br><br>SECOND AMENDED ORDER ACCEPTING REPORT AND RECOMMENDATION |

The Court has received the March 22, 2021 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 40.) No party has objected to that Report and Recommendation, so the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 40) is ACCEPTED;

2. The motion to dismiss (ECF No. 22) and motion for joinder (ECF No. 28) are GRANTED; and

3. Plaintiff Anthony Michael Peaker's Complaint (ECF No. 1) is DISMISSED

WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 16, 2021                                BY THE COURT:

                                                    s/Nancy E. Brasel
                                                    Nancy E. Brasel
                                                    United States District Judge